# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                                      Case No: 5:16-cv-204-Oc-30PRL

9.636 ACRES OF LAND IN MARION
COUNTY FLORIDA, K5G, LLC,
FLORIDA FEDERAL LAND BANK
ASSOCIATION, FLCA, BUDDY HIERS
and UNKNOWN OWNERS,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. #30). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of August, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record